**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-62546-CIV-SMITH/VALLE**

LYDIA MOULTRY,

      Plaintiff,

v.

ANDREW M. SAUL, *Acting Commissioner*
*of Social Security Administration*,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION TO DISTRICT JUDGE

This matter is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 23], in which the Magistrate Judge recommends granting Plaintiff's Motion for Summary Judgment [DE 18], denying Defendant's Motion for Summary Judgment [DE 19], reversing the Administrative Law Judge's decision, and remanding the case. No objections have been filed to the Report and Recommendation. Thus, having reviewed Magistrate Judge Valle's Report and Recommendation to District Judge, the record, and given that neither party filed any objections, it is

      **ORDERED** that:

1. The Report and Recommendation to District Judge [DE 23] is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Motion for Summary Judgment [DE 18] is **GRANTED**.

3. Defendant's Motion for Summary Judgment [DE 19] is **DENIED**.

4. The Administrative Law Judge's decision is **REVERSED**, and the case **REMANDED**.

5. All pending motions not otherwise ruled upon are **DENIED as moot**.

6. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of March, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     Counsel of record