# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 19-62546-SMITH/VALLE

LYDIA MOULTRY,

    Plaintiff,

v.

ANDREW M. SAUL, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation on Plaintiff's Unopposed Motion for Attorney's Fees [DE 26], in which the Magistrate Judge recommends granting Plaintiff's Unopposed Motion for Attorney's Fees [DE 25]. No objections have been filed in response to the Report and Recommendation. Thus, having reviewed the Magistrate Judge's Report and Recommendation, the record, and given that the parties did not object, it is

**ORDERED** that:

1. The Report and Recommendation on Plaintiff's Unopposed Motion for Attorney's Fees [DE 26] is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Unopposed Motion for Attorney's Fees [DE 25] is **GRANTED**.

    a. Plaintiff is awarded $6,112.50 in fees.

    b. Plaintiff is awarded $400 in costs.

    c. The monetary awards shall be paid to Plaintiff's counsel once the United States Department of the Treasury determines that Plaintiff owes no debt to the United States.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 22nd day of June, 2021.

                                          RODNEY SMITH
                                          UNITED STATES DISTRICT JUDGE

cc:    Counsel of record