UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-62546-RS

LYDIA MOULTRY,

    Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security Administration,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION TO DISTRICT JUDGE

This matter is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 33] in which Magistrate Judge Alicia O. Valle recommends granting Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Social Security Act, 42 U.S.C. § 406(b) [DE 30]. No objections have been filed in response to the Report and Recommendation. Thus, having reviewed Magistrate Judge Valle's Report and Recommendation to District Judge, the record, and given that neither party filed any objections, it is hereby,

**ORDERED** that:

1. The Report and Recommendation to District Judge [DE 33] is **AFFIRMED and ADOPTED**.

2. Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Social Security Act, 42 U.S.C. § 406(b) [DE 30] is **GRANTED**:

   a. Plaintiff's counsel is awarded $14,285.03 in attorney's fees, payable from the past-due benefits awarded to Plaintiff by Commissioner; and

   b. Within thirty (30) days after receiving these fees, Plaintiff's counsel shall

        return directly to Plaintiff the amount of $6,112.50 in attorney's fees previously awarded to counsel under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A).

3.    This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 7th day of October, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record